## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYRQ ENERGY, INC., f/k/a RASER TECHNOLOGIES, INC., THERMO NO. 1 BE-01, LLC, and RZTI LITIGATION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UTC POWER CORPORATION and PRATT & WHITNEY POWER SYSTEMS, INC., <br><br> Defendants. <br><br> UTC POWER CORPORATION and PRATT & WHITNEY POWER SYSTEMS, INC. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> CYRQ ENERGY, INC. f/k/a RASER TECHNOLOGIES, INC., THERMO NO. 1 BE-01, LLC, RZTI LITIGATION, LLC, VIA MOTORS, INC., <br><br> Counterclaim-Defendants. | Civil Action No. 1:11-cv-00768-GMS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Cyrq Energy, Inc. f/k/a Raser Technologies, Inc., Thermo No. 1 BE-01, LLC, and RZTI Litigation, LLC (collectively, the "Plaintiffs"), and UTC Power Corporation and Pratt & Whitney Power Systems, Inc. (collectively, the "Defendants"), by and through their undersigned attorneys, hereby stipulate to the dismissal of the claims and counterclaims in this action, to be so ordered by the Court, as follows:

1. Plaintiffs' claims against Defendants in this action shall be dismissed with prejudice and without fees or costs to any party.

2. Defendants' counterclaims against Plaintiffs in this action shall be dismissed with prejudice and without fees or costs to any party.

3. Defendants' counterclaims against VIA Motors, Inc. shall be dismissed without prejudice and without fees or costs to any party.

Dated: June 14, 2013

| HUNTON & WILLIAMS LLP | DAY PITNEY LLP |
|---|---|
| /s/ Brian V. Otero | /s/ Thomas D. Goldberg |
| Brian V. Otero, Esq. | Thomas D. Goldberg (admitted *pro hac vice*) |
| Stephen R. Blacklocks, Esq. | Jeffrey P. Mueller (admitted *pro hac vice*) |
| Ryan A. Becker, Esq. | One Canterbury Green |
| 200 Park Avenue - 53rd Floor | 201 Broad Street |
| New York, NY 10166-0136 | Stamford, CT 06901 |
| E-mail: botero@hunton.com | Telephone: (203) 977-7383 |
| -and- | Telecopier: (203) 977-7301 |
| BAYARD, P.A. | E-mail: tdgoldberg@daypitney.com |
| Charlene D. Davis, Esq. | -and- |
| GianClaudio Finizio, Esq. | STEVENS & LEE, P.C. |
| Neil Glassman, Esq. | Joseph H. Huston, Jr. (No. 4035) |
| 222 Delaware Avenue, Suite 900 | Maria Aprile Sawczuk (No. 3320) |
| P.O. Box 25130 | 1105 North Market Street, Suite 700 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| E-mail: gfinizio@bayardlaw.com | Telephone: (302) 425-3310; -3306 |
| | Telecopier: (610) 371-7972 |
| | E-mail: jhh@stevenslee.com |
| *Counsel to Cyrq Energy, Inc., f/k/a Raser Technologies Inc., Thermo No. 1 BE-01, LLC, and RZTI Litigation, LLC* | *Counsel for UTC Power Corporation and Pratt & Whitney Power Systems, Inc.* |

So Ordered:

_____
Hon. Gregory M. Sleet
Chief United States District Judge